25917. SOUTHLAND, INC. v. COX ENTERPRISES, INC. et al.

GRICE, Justice. This case is controlled by Cox Enterprises, Inc. v. Southland, Inc., 226 Ga. 794.

Appeal dismissed. All the Justices concur.

ARGUED JULY 15, 1970—DECIDED OCTOBER 8, 1970—
REHEARING DENIED OCTOBER 22, 1970.

G. Seals Aiken, F. L. Breen, for appellant.

Allen Post, Charles T. Zink, Albert G. Norman, Jr., William G. Grant, Henry L. Bowden, Martin McFarland, J. L. Glover, for appellees.